IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02292-WYD-KMT

SAIF E. ABOUHARYA, an individual,

    Plaintiff,

v.

HYATT CORPORATION, a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

    THE COURT, having reviewed the Stipulation for Dismissal with Prejudice filed on February 8, 2013, and being fully advised in the premises, hereby

    ORDERS that the Stipulation is **APPROVED** and this case is **DISMISSED WITH PREJUDICE** pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to pay his or its own costs and attorney fees.

    Dated:  February 8, 2013.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE